# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE: JOSHUA DARRELL HOLMES | CASE NO. 3:24-bk-10563 |
| DEBTOR | CHAPTER 7 |

| | |
|---|---|
| MAI SNOW | PLAINTIFF |
| v. | |
| JOSHUA DARRELL HOLMES | DEFENDANT |

ADV. PROC. NO. 3:24-ap-01032

## ANSWER TO COMPLAINT OBJECTING TO DISCHARGE

Comes now the Debtor/ Defendant, Joshua Darrell Holmes, by and through his attorney, Mike DeLoache and for his Answer to Complaint Objecting to Discharge and to Determine Dischargeability of Debt, states as follows:

1. The defendant admits those material allegations contained within paragraph numbers one, two, three, four, ten, eleven, fourteen, fifteen, twenty and twenty-two of the plaintiff's complaint.

2. The defendant denies those material allegations contained within paragraph numbers, five, six, seven, eight, nine, twelve, thirteen, sixteen, seventeen, eighteen, nineteen, twenty one, twenty three, twenty four, twenty five, twenty six and twenty seven of the plaintiff's complaint and more specifically denies having ever defrauded plaintiff and affirmatively states that in the state court action filed by plaintiff no allegations of fraud were ever mentioned.

3. The defendant denies those material allegations contained within number eight of the plaintiff's complaint. The defendant further asserts that the plaintiff maintained shoddy records with regards to its collateral, failed to secure its collateral after the debtor's surrender, and never came to inspect the collateral after its surrender. The debtor further asserts that plaintiff's statements pertaining to Exhibit "A" are

materially false.  Defendant asserts that he communicated with plaintiff's employee James Pierce on numerous occasions about plaintiff's collateral and advised him as to the locations where the collateral was located.  Defendant states that many of the items contained on plaintiff's list were sold at auction by plaintiff, traded for other items on plaintiff's list, destroyed by casualty, repossessed by other lienholders or remain on one of the eight farms that defendant operated.  Defendant specifically denies selling any item of plaintiff's collateral without plaintiff's knowledge or consent.

4. The defendant denies each and every material allegation within the plaintiff's complaint not specifically mentioned herein.

5. The defendant specially pleads the defenses of, estoppel, waiver, lack of intent and that the funds were given as a gift of early inheritance.

6. The defendant reserves the right to amend his answer and to file a counterclaim and  or crossclaims herein.

WHEREFORE, defendant prays that plaintiff's complaint be dismissed and that she take nothing thereon, and for all other relief to which he may show himself entitled.

RESPECTFULLY SUBMITTED,

MIKE DELOACHE, P.A.
512 W. WASHINGTON AVE.
JONESBORO, AR 72401
870-932-4433
FAX: 870-277-4383


/s/Mike DeLoache
G. MIKE DELOACHE, BAR #90210
ATTORNEY AT LAW


## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading upon the creditor Mai Snow, by and through its attorney, Forrest Stolzer, and Trustee, Lance Owens, by mailing a copy thereof on this 3rd day of July 2024.

Lance Owens
Chapter 7 Trustee
PO Box 4015
Jonesboro, AR  72403

Forrest Stolzer
Attorney for Mai Snow
1200 Henryetta St.
Springdale, AR 72762

/s/Mike DeLoache
G. MIKE DELOACHE